**Dennis BRUNTMYER, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 51540.**

Missouri Court of Appeals, Western District.

March 26, 1996.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BERREY and LAURA DENVIR STITH, JJ.

**ORDER**

PER CURIAM.

Dennis Bruntmyer pleaded guilty to first degree sexual assault and two counts of sodomy. He appeals the circuit court's denial of his Rule 24.035 motion for post-conviction relief claiming his attorney was ineffective. We affirm. Discerning no jurisprudential value in publishing an opinion, we issue this summary order. Rule 84.16(b). We have issued a memorandum to the parties explaining the basis for our decision.